UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JONATHAN HENRY<br>    Plaintiff<br><br>v.<br><br><br>FITNESS INTERNATIONAL LLC<br>D/B/A L.A. FITNESS<br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant Fitness International, LLC d/b/a L.A. Fitness ("Defendant") hereby gives notice of the removal of this action, which is currently pending in the Judicial District of Stamford at Norwalk, captioned *Jonathan Henry v. Fitness International, LLC d/b/a L.A. Fitness*, Civil Docket No. FST-CV-21-6050818-S, to the United States District Court for the District of Connecticut. As grounds for removal, Defendant states as follows:

1. Defendant removes this case on the basis of diversity jurisdiction, on the grounds that there is complete diversity of citizenship among the parties to this litigation and the amount in controversy exceeds $75,000 exclusive of interest and costs. *See* 28 U.S.C. § 1332(a)(1) ("The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States.").

## BACKGROUND

2. Plaintiff Jonathan Henry ("Plaintiff") filed his complaint against Defendant ("Complaint") in the Judicial District of Stamford with a return date of March 30, 2021.

A copy of the Summons and Complaint in the State court action is attached hereto as **Exhibit A**.

3. In his Complaint, Plaintiff alleges that on April 8, 2019, he slipped and fell on a wet floor. *See* **Exhibit A**, Complaint, ¶ 8. Plaintiff further alleges that he sustained injuries as a result of the fall. *Id*. Plaintiff asserts a claim of negligence against the Defendant. *See generally id*.

## TIMELINESS OF REMOVAL

4. Defendant was served with Plaintiff's Complaint on or about February 24, 2021.[1] *See* **Exhibit A.**

5. This Notice of Removal is timely because it is filed within 30 days from the date that the last defendant received service of the Complaint. *See* 28 U.S.C. §§ 1441(e), 1446(b); *see also Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.,* 526 U.S. 344, 348 (removal period triggered by service).

## DIVERSITY OF CITIZENSHIP

6. Complete diversity of citizenship exists in this matter because Defendant is a citizen of a different State from Plaintiff. *See* 28 U.S.C. § 1332(a).

7. Plaintiff is a citizen of Connecticut. *See* Affidavit of Kevin J. O'Leary, attached hereto as **Exhibit B**, Affidavit of Kevin J. O'Leary, paragraph 1.

8. At the time of the filing of the Complaint, Defendant was, and currently is, a limited liability company formed under the laws of California with its principal place of business located at 3161 Michelson Drive, Suite 600, Irvine, California. *See* Affidavit

---

[1] The return of service appears invalid. It references that plaintiff was served in 2018, prior to the happening of the alleged accident. However, the top of the form has a date of 02/24/2021 which the defendant assumes is the correct date of return, and which is consistent with the date the defendant received the summons.

of Robert A. Wilson, attached hereto as **Exhibit C**. Defendant has three members: two limited liability companies ("Member LLCs") and one limited partnership ("Member Partnership"). *Id*. None of the members of the Member LLCs are citizens of Connecticut. *Id*. Likewise, none of the partners of the Member Partnership are citizens of Connecticut. *Id*. All of the individual members and partners are U.S. Citizens. *Id*. For the purposes of removal, Defendant is not a citizen of Connecticut.

9. There is complete diversity between Plaintiff and Defendant in this action. *See* 28 U.S.C. § 1332(a)(1).

## AMOUNT IN CONTROVERSY

10. Based on Plaintiff's allegations, the amount in controversy in this case exceeds the jurisdictional minimum of $75,000 required for diversity jurisdiction pursuant to 28 U.S.C. § 1332.

11. Plaintiff has made a demand to resolve this case in excess of $75,000 amount necessary to establish diversity jurisdiction. *See* Affidavit of Kevin J. O'Leary, attached hereto as **Exhibit B**, Affidavit of Kevin J. O'Leary, paragraph 2.

12. In his Complaint, Plaintiff alleges that, as a result of the incident on April 8, 2019, he sustained various injuries, including a skull fracture with severe pain, bleeding and bruising, severe post-traumatic headaches, injury to neck and lumbar spine, bilateral occipital neuralgia, muscle spasms and 11% permanent impairment to cervical spinal region.  *See* Complaint, ¶ 12.

13. Plaintiff alleges in his Statement of Amount in Demand that monetary damages are in excess of $15,000. Id. at p. 6.

**ALL PROCEDURAL PREREQUISITES TO REMOVAL HAVE BEEN MET**

14. Pursuant to 28 U.S.C. §§ 1441(a) and 1446(a), Defendant is filing this Notice of Removal in the federal district court for the district within which the State court complaint was filed.

15. Pursuant to 28 U.S.C. § 1446(a), Defendant attaches all process, pleadings, and orders that have been filed, served, or received by Defendant in this action as **Exhibit A**.

16. Pursuant to 28 U.S.C. § 1391, venue is proper in the United States District Court for the District of Connecticut, as the Complaint in this action was filed in the Judicial District of Stamford.

17. Defendant has given written notice of the filing of this Notice of Removal to Plaintiff and will file a copy of this Notice of Removal with the Clerk of the Judicial District of Stamford, as required by 28 U.S.C. § 1446(d).

18. In removing this action, Defendant does not intend to waive any rights or defenses to which it is otherwise entitled under the Federal Rules of Civil Procedure.

19. Based upon the record submitted with this notice, this Court has jurisdiction over Plaintiff's claims and the Complaint is properly removed to this Court.

WHEREFORE, Defendant Fitness International, LLC d/b/a L.A. Fitness respectfully requests that this action proceed in the United States District Court for the District of Connecticut, as an action properly removed from state court.

Respectfully submitted,
Defendant,
FITNESS INTERNATIONAL, LLC
D/B/A L.A. FITNESS
By its attorneys,

/s/ Kevin J. O'Leary

Kevin J. O'Leary, Juris No. 437692
Emily A. Chadbourne, Juris No. 437149
Coughlin Betke LLP
175 Federal Street
Boston, MA 02110
(617) 988-8050
koleary@coughlinbetke.com
echadbourne@coughlinbetke.com

## CERTIFICATE OF SERVICE

I, Kevin J. O'Leary, certify that a copy of this document was or will immediately be mailed or delivered electronically on March 15, 2021 to all attorneys and self-represented parties of record:

David A. Roche, Esq.
Papcsy Janosov Roche Trial Lawyers
53 East Avenue
Norwalk, CT 06851

/s/ Kevin J. O'Leary

Kevin J. O'Leary, Esq. (ct30271)