| SUMMONS - CIVIL | For information on | STATE OF CONNECTICUT |
|---|---|---|
| JD-CV-1   Rev. 2-20<br>C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;<br>P.B. §§ 3-1 through 3-21, 8-1, 10-13 | ADA accommodations,<br>contact a court clerk or<br>go to: **www.jud.ct.gov/ADA**. | **SUPERIOR COURT**<br>www.jud.ct.gov |



**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**

By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk (Number, street, town and zip code) | Telephone number of clerk | Return Date (Must be a Tuesday) |
|---|---|---|
| 123 HOYT STREET, STAMFORD, CT 06905 | ( 203 ) 965 _ 5308 | MARCH 30, 2021 |

| ☒ Judicial District | G.A. | At (City/Town) | Case type code (See list on page 2) | |
|---|---|---|---|---|
| ☐ Housing Session | ☐ Number: | STAMFORD | Major: **T** | Minor: **03** |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (if attorney or law firm) |
|---|---|
| PAPCSY JANOSOV ROCHE, 53 EAST AVENUE, NORWALK, CT 06851 | 428746 |

| Telephone number | Signature of plaintiff (if self-represented) |
|---|---|
| ( 203 ) 642 _ 3888 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. ☐ Yes ☐ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book (if agreed) |
|---|---|

| Parties | | Name (Last, First, Middle Initial) and address of each party (Number; street; P.O. Box; town; state; zip; country, if not USA) | |
|---|---|---|---|
| **First plaintiff** | Name: | HENRY, JONATHAN | P-01 |
| | Address: | 27 WINDELL PLACE, STAMFORD, CT 06906 | |
| **Additional plaintiff** | Name: | | P-02 |
| | Address: | | |
| **First defendant** | Name: | FITNESS INTERNATIONAL, LLC, d/b/a "LA FITNESS" | D-01 |
| | Address: | Agent: CT Corporation System, 67 Burnside Ave., East Hartford, CT 06108 | |
| **Additional defendant** | Name: | | D-02 |
| | Address: | | |
| **Additional defendant** | Name: | | D-03 |
| | Address: | | |
| **Additional defendant** | Name: | | D-04 |
| | Address: | | |

| Total number of plaintiffs: 1 | Total number of defendants: 1 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

## Notice to each defendant

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.

2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.

3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.

4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.

5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date | Signed (Sign and select proper box) | ☒ Commissioner of Superior Court | Name of person signing |
|---|---|---|---|
| 02/23/2021 | | ☐ _____ Clerk | DAVID A. ROCHE |

| If this summons is signed by a Clerk: | For Court Use Only |
|---|---|
| a. The signing has been done so that the plaintiff(s) will not be denied access to the courts. | File Date |
| b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law. | |
| c. The court staff is not permitted to give any legal advice in connection with any lawsuit. | |
| d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint. | |

| I certify I have read and understand the above: | Signed (Self-represented plaintiff) | Date | Docket Number |
|---|---|---|---|
| | | | |

| | | |
|---|---|---|
| **RETURN DATE: MARCH 30, 2021** | : | **SUPERIOR COURT** |
| **JONATHAN HENRY** | : | **J.D. OF STAMFORD** |
| **VS.** | : | **AT STAMFORD** |
| **FITNESS INTERNATIONAL, LLC, ETAL.** | : | **FEBRUARY 23, 2021** |

<u>**COMPLAINT**</u>

<u>**FIRST COUNT:**</u>     **(Negligence against the Defendant, FITNESS INTERNATIONAL, LLC, d/b/a LA FITNESS):**

1. At all times mentioned hereinafter, the Plaintiff, JONATHAN HENRY, (Hereinafter referred to as "HENRY"), was a resident of the City of Stamford, County of Fairfield, and State of Connecticut.

2. On or about April 8, 2019, at approximately 1 p.m., the Plaintiff, HENRY, was a patron and business invitee within, inside, and upon the property and premises known as LA FITNESS, located at 52 Sixth Street, in the City of Stamford, County of Fairfield, and State of Connecticut.

3. At all times mentioned herein, the "Premises," as hereinafter referred to, consists of the property known as LA FITNESS, located at 52 Sixth Street, in the City of Stamford, County of Fairfield, State of Connecticut, including all areas inside, upon and within said property, all means of egress and ingress, aisles, walkways,

stairways, steps, pool area and surrounding areas, open spaces, thereupon and therein.

4.    At all times mentioned herein, the aforementioned "Premises" was owned, controlled, maintained, managed, operated, and/or otherwise possessed by the Defendant, FITNESS INTERNATIONAL, LLC, d/b/a LA FITNESS, (Hereinafter referred to as "FITNESS").

5.    At all times mentioned herein, the Defendant, FITNESS, its agents, employees, assigns, and/or representatives, owned, operated, controlled, maintained, managed, and/or possessed the Premises and was/were responsible for the maintenance, management, safety, repair, safe-keeping, and control of the Premises.

6.    At all times mentioned herein, the Defendant, FITNESS, owed a non-delegable duty to patrons, members, and business invitees within or upon the Premises, including the Plaintiff, HENRY, to exercise reasonable care in the maintenance, upkeep, management, repair, safekeeping, and control of the Premises.

7.    At all times mentioned herein, the Plaintiff, HENRY, was a patron, member, guest, and business invitee, within and upon the Premises, for the pecuniary benefit of the Defendant FITNESS.

8.    On or about April 8, 2019, at approximately 1:00 p.m., and while upon and within the aforementioned Premises, the Plaintiff, HENRY, was caused to sustain serious and severe physical injuries and damages when he was caused to slip on water and fall violently to the hard floor causing painful and serious injuries as hereinafter set forth.

9.    The Defendant, FITNESS, had notice and knowledge or with reasonable diligence should have had notice and knowledge of such hazardous and dangerous condition(s), but wholly neglected to remedy or otherwise address it.

10.   The Defendant, FITNESS, owed a duty to patrons, members, guests, and business invitees, including the Plaintiff, HENRY, to exercise reasonable care in the maintenance, upkeep, management, repair, safekeeping, and/or control of the Premises.

11.   The injuries and losses sustained by the Plaintiff, HENRY, were caused by the carelessness and negligence of the Defendant, FITNESS, in one or more of the following ways:

   a.  IN THAT the Defendant failed to keep the Premises in a reasonably safe condition;

   b.  IN THAT the Defendant failed to warn persons of the hazardous and dangerous condition(s) then and there existing which the Defendant knew or in the exercise of reasonable care or after a reasonable inspection should have known existed;

  c. IN THAT the Defendant created the hazardous and dangerous condition by failing to properly maintain the Premises and permitting said condition to exist for an unreasonable period of time prior to the Plaintiff's incident.

12. As a result of the negligence and carelessness of the Defendant, FITNESS, the Plaintiff, HENRY, suffered the following serious, severe, and permanent injuries:

  a. Injury to the skull and head, with severe pain, bleeding and bruising;

  b. 6cm bleeding laceration to the skull in the shape of an X along with a large hematoma;

  c. 24 interrupted staples to the scalp;

  d. Scalp laceration and injury, with hematoma and bleeding;

  e. Skull fracture;

  f. Tetanus shot;

  g. Pressure irrigation of laceration/bleeding;

  h. Sterilization;

  i. Staple removal procedure(s);

  j. Severe post-traumatic headaches;

    k.  Bilateral occipital neuralgia;

    l.  Injury to the neck and cervical spinal region, with severe pain and decreased range of motion;

    m. Injury to the back and lumbar spinal region, with severe pain and decreased range of motion;

    n.  Cervicalgia;

    o.  Muscle spasms;

    p.  11 % permanent impairment to the cervical spinal region; and

    q.  Pain, suffering, discomfort, emotional distress, mental anguish and sleeplessness.

13.    As a result of the injuries caused by the negligence and carelessness of the Defendant, FITNESS, the Plaintiff, HENRY, has expended large sums of money for hospital and medical treatment, examinations, x-rays, radiology, equipment, rehabilitation, surgical procedures, medications, and therapy, and will likely be forced to incur more expenses for the same in the future.

14.    The injuries sustained by the Plaintiff, HENRY, as a result of the negligence and carelessness of the Defendant, FITNESS, as aforesaid, disrupted the Plaintiff's ability to

carry on and enjoy life's activities and will likely restrict the activities in which he can engage in the future.

15.     As a further result of the negligence and carelessness of the Defendant, FITNESS, as aforesaid, and the injures caused to the Plaintiff, HENRY, the Plaintiff has become anxious and fearful of increased risk of future injuries.

WHEREFORE, the Plaintiff claims:

1.  Monetary damages; and

2.  Such other and further relief as the Court may deem just and equitable.

THE PLAINTIFF,

David A. Roche
Papcsy Janosov Roche Trial Lawyers
53 East Avenue
Norwalk, CT 06851
(203) 642-3888
Juris No. 428746

| RETURN DATE: MARCH 30, 2021 | : | SUPERIOR COURT |
|---|---|---|
| JONATHAN HENRY | : | J.D. OF STAMFORD |
| VS. | : | AT STAMFORD |
| FITNESS INTERNATIONAL, LLC, ETAL. | : | FEBRUARY 23, 2021 |

## AMOUNT IN DEMAND

The amount, legal interests, or property in demand is greater than FIFTEEN THOUSAND AND 00/100 DOLLARS ($15,000.00), exclusive of interests and costs.

THE PLAINTIFF,

David A. Roche
Papcsy Janosov Roche Trial Lawyers
53 East Avenue
Norwalk, CT 06851
(203) 642-3888
Juris No. 428746

# APPEARANCE

JD-CL-12 Rev. 1-12
P.B. §§ 3-1 thru 3-6, 3-8, 10-13, 25A-2

## STATE OF CONNECTICUT
## SUPERIOR COURT
www.jud.ct.gov

**Instructions** — *See Back/Page 2*

### Notice To Self-Represented Parties

*A self-represented party is a person who represents himself or herself. If you are a self-represented party and you filed an appearance before and you have since changed your address, you must let the court and all attorneys and self-represented parties of record know that you have changed your address by checking the box below:*

☐ I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.

| Return date |
|---|
| Mar-30-2021 |
| Docket number |
| FST-CV-21-6050818-S |

**Name of case** *(Full name of Plaintiff vs. Full name of Defendant)*

**HENRY, JONATHAN v. FITNESS INTERNATIONAL, LLC**

| ☒ | ☐ | ☐ | ☐ | Address of Court *(Number, street, town and zip code)* |
|---|---|---|---|---|
| Judicial District | Housing Session | Small Claims | Geographic Area number | **123 HOYT STREET STAMFORD, CT 06905** |

Scheduled Court date *(Criminal/Motor Vehicle Matters)*

## Please Enter the Appearance of

| Name of self-represented party (See "Notice to Self-Represented Parties" at top), or name of official, firm, professional corporation, or individual attorney | Juris number of attorney or firm |
|---|---|
| **KEVIN J OLEARY** | **437692** |

| Mailing Address *(Number, street)* (Notice to attorneys and law firms - The address to which papers will be mailed from the court is the one registered or affiliated with your juris number. That address cannot be changed in this form.) | Post office box | Telephone number *(Area code first)* |
|---|---|---|
| **175 FEDERAL STREET SUITE 1450** | | **6179888045** |

| City/town | State | Zip code | Fax number *(Area code first)* | E-mail address |
|---|---|---|---|---|
| **BOSTON** | **MA** | **02110** | **6179888005** | **koleary@coughlinbetke.com** |

in the case named above for: *("x" one of the following parties; if this is a Family Matters case, also indicate the scope of your appearance)*

☐ The Plaintiff *(includes the person suing another person).*
☐ All Plaintiffs.
☐ The following Plaintiff(s) only: _____
☒ The Defendant *(includes the person being sued or charged with a crime).*
☐ The Defendant for the purpose of the bail hearing only *(in criminal and motor vehicle cases only).*
☐ All Defendants.
☐ The following Defendant(s) only: _____
☐ Other *(Specify):*
☐ This is a Family Matters case and my appearance is for: *("x" one or both)*

    ☐ matters in the Family Division of the Superior Court      ☐ Title IV-D Child Support matters

*Note: If other counsel or a self-represented party has already filed an appearance for the party or parties "x'd" above, put an "x" in box 1 or 2 below:*

1. ☐ This appearance is in place of the appearance of the following attorney, firm or self-represented party on file *(P.B. Sec. 3-8):* _____
    *(Name and Juris Number)*

2. ☐ This appearance is in addition to an appearance already on file.

| **I agree to accept papers (service) electronically in this case under Practice Book Section 10-13** | ☒ Yes | ☐ No |
|---|---|---|

| Signed *(Individual attorney or self-represented party)* | Name of person signing at left *(Print or type)* | Date signed |
|---|---|---|
| ▶ 437692 | **KEVIN J OLEARY** | **Mar 11 2021** |

## Certification

I certify that a copy of this document was mailed or delivered electronically or non-electronically on *(date)* **Mar 11 2021** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

| Name and address of each party and attorney that copy was mailed or delivered to* | For Court Use Only |
|---|---|
| **PAPCSY JANOSOV ROCHE -** | |

| Signed *(Signature of filer)* | Print or type name of person signing | Date signed | Telephone number |
|---|---|---|---|
| ▶ 437692 | **KEVIN J OLEARY** | **Mar 11 2021** | **6179888045** |

*If necessary, attach an additional sheet or sheets with the name of each party and the address which the copy was mailed or delivered to.

State of Connecticut

SS: Bridgeport                          2/24/2021

County of Fairfield

Then and there, by virture hereof, I made service of the within and foregoing original Summons-Civil, Complaint as served in October 2018, Amount in Demand upon the within named defendants.

With and in the Hand of                Gary Scapani duly authorized to accept
                                       for CT Corporation System as its
                                       registered agent for service for Fitness
                                       International, LLC dba "LA Fitness"
                                       67 Burnside Avenue
                                       East Hartford, CT  06108

By leaving a true and attested copy of the original Summons-Civil, Complaint as served in October 2018, Amount in Demand with my doings thereon endorsed.

One such copy of each of the within named defendants the within and foregoing is the original Summons-Civil, Complaint as served in October 2018, Amount in Demand with my doings thereon endorsed.

| Fees: | | Attested |
|---|---|---|
| **Service** | $40.00 | |
| **Copies** | $9.00 | |
| **Endorsed** | $0.80 | |
| **Travel** | $75.00 | |
| **Total Fees** | $124.80 | Thomas Foldy |
| | | State Marshal |