UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JONATHAN HENRY | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| FITNESS INTERNATIONAL LLC | ) |
| D/B/A L.A. FITNESS | ) |
|     Defendant | ) |

## AFFIDAVIT OF KEVIN J. O'LEARY

I have personal knowledge of the facts set forth in this affidavit.

1. I have reviewed online voting records for the state of Connecticut. Plaintiff is a registered voter in Connecticut.

2. Plaintiff has made a settlement demand in this case in excess of $75,000 to resolve this case.

SWORN UNDER THE PAINS AND PENALTIES OF PERJURY THIS 12TH DAY OF MARCH 2021

_____
Kevin J. O'Leary