UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JONATHAN HENRY <br>     Plaintiff <br><br> v. <br><br><br> FITNESS INTERNATIONAL LLC <br> D/B/A L.A. FITNESS <br>     Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF ROBERT A. WILSON

I, Robert A. Wilson, state that the following is true to the best of my information, knowledge, and belief:

1. I am Senior Vice President and General Counsel at Fitness International, LLC ("Defendant").

2. Defendant is a limited liability company formed under the laws of California with its principal place of business located at 3161 Michelson Drive, Suite 600, Irvine, California.

3. Defendant has three members: LAF, Inc., The Seidler Company, LLC, and Seidler Fitness Holdings II, LP.

4. LAF, Inc. is a corporation incorporated in California, with a principal place of business located at 3161 Michelson Drive, Suite 600, Irvine, California.

5. The Seidler Company, LLC is a Delaware limited liability company with a principal place of business in California. The Seidler Company, LLC has three members. Each of the members is domiciled in California and each of the members is a U.S. citizen. The limited liability company is a citizen of California.

6. Seidler Fitness Holdings II, LP is a Delaware limited partnership, with a principal place of business in California. The LP has one (1) general partner and one hundred one (101) limited partners. The general partner of Seidler Fitness Holdings II, LP is the Seidler Company, LLC (see above), a citizen of California.

7. The one hundred one (101) limited partners of Seidler Fitness Holdings II, LP consists of 98 individuals, and three entities, the Cressey Family Partnership, Seidler North, LP and Pain in the Donkey, LLC.

8. The 98 individual limited partners all are domiciled in California, Idaho, Massachusetts, New Jersey and Virginia. All are U.S. citizens.

9. Cressey Family Partnership consists of individuals who are domiciled in the State of Illinois. Each individual is a U.S. citizen.

10. Seidler North, LP is a Delaware limited partnership. The general partner of Seidler North is the Seidler Company, LLC, a citizen of California.

11. The limited partners of Seidler North, LP are all domiciled in California and all are citizens of the United States.

12. Pain in the Donkey, LLC is a California limited liability company. The LLC consists of 6 individual U.S. citizens domiciled in California and a Pain in the Donkey Trust, domiciled in South Dakota.

13. There are four individual beneficiaries of the Pain in the Donkey Trust. Each beneficiary is a U.S. citizen. The individual beneficiaries are all citizens of California.

14. Based on my knowledge, investigation and inquiry, there are no individuals, partners or members domiciled in the state of Connecticut.

Signed under the pains and penalties of perjury this 12th day of March 2021.

Robert A. Wilson