UNITED STATES DISTRICT COURT DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JONATHAN HENRY | ) | |
| *Plaintiff* | ) | NO. 3:21-cv-00346-JCH |
| | ) | |
| v. | ) | |
| | ) | |
| FITNESS INTERNATIONAL, LLC. | ) | |
| D/B/A/ LA FITNESS | ) | |
| *Defendant* | ) | |

### NOTICE OF APPEARANCE

Please enter the appearance of Benjamin H. Levites, Esq., of Coughlin Betke LLP, 175 Federal Street, Boston, MA, 02110, as attorney for Defendant Fitness International LLC D/B/A/ L.A. Fitness in the above-captioned matter.

Respectfully submitted,
Defendant,
FITNESS INTERNATIONAL, LLC
D/B/A L.A. FITNESS
By its attorneys,

_____
Benjamin H. Levites (CT30481)
Coughlin Betke LLP
175 Federal Street
Boston, MA 02110
(212) 653-0380
blevites@coughlinbetke.com

1

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was filed electronically on April 12, 2021. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_____

Benjamin H. Levites