# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JONATHAN HENRY,<br>    Plaintiff, | :<br>:<br>: | CIVIL CASE NO.<br>3:21cv346(JCH) |
| v. | :<br>: | |
| FITNESS INTERNATIONAL LLC,<br>    Defendant. | :<br>: | MAY 3, 2021 |

## ORDER RE: MOTION TO REMAND (DOC. NO. 13)

This action was commenced in the Connecticut Superior Court. It was timely removed by the defendant on March 15, 2021. Notice of Removal (Doc. No. 1). Subsequently, the plaintiff filed an objection to removal, which the court is construing as a Motion to Remand. Motion to Remand (Doc. No. 13).

In his objection to removal (Doc. No. 13), the plaintiff appears to confuse the question of personal jurisdiction, which is not an issue in this case, with diversity jurisdiction. The defendant, in papers filed in connection with its removal, established that there is diversity of citizenship in this action as well as a reasonable basis to conclude that the amount in controversy exceeds $75,000. With regard to the former issue, defendant has submitted an affidavit attesting to the citizenship of all persons and entities involved in the defendant limited liability corporation, none of them are citizens of Connecticut. See Affidavit of Robert A. Wilson (Doc. No. 1-3). Further, the defendant's filing demonstrates that the plaintiff is a citizen of Connecticut. In addition, with respect to the amount in controversy, based on plaintiff's allegations of a fractured skull, recurrent headaches, and back injuries, among others, the court concludes that it

is reasonable to expect that the plaintiff's claims will exceed $75,000. Indeed, defendant has filed an affidavit stating that plaintiff has made a demand in the case in excess of $75,000. See Affidavit of Kevin J. O'Leary (Doc. No. 1-2).

Thus, there is no question that the removal was proper, and the court has jurisdiction over the action under the diversity jurisdiction provision of the U.S. Constitution. Therefore, the plaintiff's Motion to Remand (Doc. No. 13) is denied.

**SO ORDERED.**

Dated at New Haven, Connecticut this 3rd day of May 2021.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge