UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JONATHAN HENRY )<br>      Plaintiff  )<br>      )<br>v.  )<br>      )<br>      )<br>FITNESS INTERNATIONAL LLC  )<br>D/B/A L.A. FITNESS  )<br>      Defendant  ) | Case 3:21-cv-00346-JCH |

**JOINT STATUS REPORT**

The Parties submit this Joint Status Report pursuant to the Court's Order dated April 30, 2021.

**A. THE STATUS OF THE CASE**

The case is in its discovery phase. There are no pending motions at this time. The defendant has complied with the initial disclosure requirements under Fed. R. Civ. P. 26(a)(1) and served written discovery on the plaintiff on May 3, 2021, which are now due. The defendant intends on noticing the deposition of the plaintiff after receipt of the written discovery.

Discovery closes on April 1, 2022.

**B. SETTLEMENT REFERAL**

The Parties are not interested in a referral for settlement purposes at this time.

**C. TRIAL BEFORE A MAGISTRATE JUDGE**

The Parties are not amendable to a potential jury trial before a Magistrate Judge at this time.

**D. ESTIMATED LENGTH OF TRIAL**

The Parties anticipate that the trial has an estimated length of 5-7 court days.

Respectfully submitted,

| PLAINTIFF, | DEFENDANT |
| JONATHAN HENRY | FITNESS INTERNATIONAL, LLC, |
| By his attorneys | By its attorneys: |

/s/ *Kevin J. O'Leary*

___s/ct27963/_____   _____
Devin W. Janosov, Esq.          Kevin J. O'Leary, ct30271
Papcsy Janosov Roche, LLP       Lesley P. Chuang, ct29468
53 East Ave.                    Coughlin Betke LLP
Norwalk, CT 06851               175 Federal Street.
P: 203.642.3888                 Boston, MA 02110
F: 203.642.337                  (617) 988-8050
E: devin@myinjuryfirm.com       koleary@coughlinbetke.com
                                lchuang@coughlinbetke.com

## **CERTIFICATE OF SERVICE**

      I, Kevin J. O'Leary, certify that on July 22, 2021 a copy of this document was or will immediately be served upon all parties of record via the court's ECF system:

Devin W. Janozov, Esq.
Papcsy Janosov Roche Trial Lawyers
53 East Avenue
Norwalk, CT 06851

      /s/ Kevin J. O'Leary
_____
Kevin J. O'Leary, Esq. (ct30271)