UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JONATHAN HENRY )<br>        Plaintiff )<br>)<br>v. )<br>)<br>)<br>)<br>FITNESS INTERNATIONAL LLC )<br>D/B/A L.A. FITNESS )<br>        Defendant )<br>) | Case 3:21-cv-00346-JCH |

**JOINT STATUS REPORT**

The Parties submit this Joint Status Report pursuant to the Court's Order dated April 30, 2021.

A. **THE STATUS OF THE CASE**

The case is in its discovery phase. There are no pending motions at this time. The defendant has complied with the initial disclosure requirements under Fed. R. Civ. P. 26(a)(1) and served written discovery on the plaintiff on May 3, 2021, which plaintiff has now responded to. The defendant recently deposed the plaintiff in this case. Due to delays in obtaining medical records and due to issues with availability of the plaintiff for a deposition, the parties will likely file a joint motion requesting a brief extension of expert witness designation deadlines in the case.

Discovery closes on April 1, 2022.

B. **SETTLEMENT REFERAL**

The Parties are not interested in a referral for settlement purposes at this time.

C. **TRIAL BEFORE A MAGISTRATE JUDGE**

The Parties are not amenable to a potential jury trial before a Magistrate Judge at this time.

D. **ESTIMATED LENGTH OF TRIAL**

The Parties anticipate that the trial has an estimated length of 5-7 court days.

Respectfully submitted,

| PLAINTIFF, | DEFENDANT |
|---|---|
| JONATHAN HENRY | FITNESS INTERNATIONAL, LLC, |
| By his attorneys | By its attorneys: |
| | /s/ *Kevin J. O'Leary* |
| ___s/ct27963/___ | |
| Devin W. Janosov, Esq. | Kevin J. O'Leary, ct30271 |
| Papcsy Janosov Roche, LLP | Coughlin Betke LLP |
| 53 East Ave. | 175 Federal Street. |
| Norwalk, CT 06851 | Boston, MA 02110 |
| P: 203.642.3888 | (617) 988-8050 |
| F: 203.642.337 | koleary@coughlinbetke.com |
| E: devin@myinjuryfirm.com | |

**CERTIFICATE OF SERVICE**

I, Kevin J. O'Leary, certify that on February 14, 2022 a copy of this document was or will immediately be served upon all parties of record via the court's ECF system:

Devin W. Janosov, Esq.
Papcsy Janosov Roche Trial Lawyers
53 East Avenue
Norwalk, CT 06851


 /s/ Kevin J. O'Leary
 _____
 Kevin J. O'Leary, Esq. (ct30271)