UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

| | |
|---|---|
| JONATHAN HENRY | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | )   Case 3:21-cv-00346-OAW |
| | ) |
| | ) |
| FITNESS INTERNATIONAL LLC | ) |
| D/B/A L.A. FITNESS | ) |
| Defendant | ) |
| | ) |

_____

## JOINT STATUS REPORT

The Parties submit this Joint Status Report pursuant to the Court's Order dated April 30, 2021.

**A. THE STATUS OF THE CASE**

The case is drawing to the close of its discovery phase. There are no pending motions at this time. The defendant has complied with the initial disclosure requirements under Fed. R. Civ. P. 26(a)(1) and served written discovery on the plaintiff on May 3, 2021, which plaintiff has now responded to. The defendant deposed the plaintiff in this case.

The parties wish to proceed to mediation and request referral to a Magistrate for a date after Labor Day, September 6, 2022.

In anticipation of the same, the parties jointly request a final extension of all current case deadlines by 45 days to facilitate the parties' completion of expert discovery and preparation for mediation.

**B.  SETTLEMENT REFERAL**

The Parties are interested in a referral for settlement purposes at this time.

**C.  TRIAL BEFORE A MAGISTRATE JUDGE**

The Parties are not amenable to a potential jury trial before a Magistrate Judge at this time.

**D.  ESTIMATED LENGTH OF TRIAL**

The Parties anticipate that the trial has an estimated length of 5-7 court days.

Defendant,
FITNESS INTERNATIONAL, LLC,
D/B/A LA FITNESS
By its attorneys,

Kevin J. O'Leary, ct30271
Benjamin H. Levites, ct30481
Coughlin Betke LLP
175 Federal Street
Boston, MA 02110
(617) 988-8050
koleary@coughlinbetke.com
blevites@coughlinbetke.com

Plaintiff,
JONATHAN HENRY,
By his attorney,
 /s/
Devin W. Janosov, Esq., ct27963
Papcsy Janosov Roche, LLP
53 East Ave. Norwalk, CT 06851
P: 203.642.3888
F: 203.642.337
devin@myinjuryfirm.com