UNTIED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JONATHAN HENRY | : | CIVIL NO.: 3:21-cv-00346-JCH |
| Plaintiff | : | |
| v. | : | |
| FITNESS INTERNATIONAL, LLC | : | |
| Defendant | : | OCTOBER 19, 2022 |

### REQUEST FOR CONTINUANCE TO FILE STIPULATION OF DISMISSAL

The above-referenced case settled, during a settlement conference on September 19, 2022. However, the parties have been having difficulty obtaining the required settlement documents, and to get a final version of the Stipulation of Dismissal completed within time. Therefore, a brief thirty (30) day continuance for Plaintiff's counsel to obtain any remaining documentation and to finish the requisite stipulation is respectively requested

THE PLAINTIFF,
JONATHAN HENRY

___s/ct27963/_____
Devin W. Janosov, Esq.
Papcsy Janosov Roche, LLP
53 East Ave.
Norwalk, CT 06851
P: 203.642.3888
F: 203.642.3887
Email: devin@myinjuryfirm.com
Fed. Bar No.: ct27963

UNTIED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JONATHAN HENRY | : | CIVIL NO.: 3:21-cv-00346-JCH |
| Plaintiff | : | |
| v. | : | |
| FITNESS INTERNATIONAL, LLC | : | |
| Defendant | : | OCTOBER 19, 2022 |

## CERTIFICATE OF SERVICE

    I hereby certify that on October 19, 2022 a copy of the Plaintiff's Request for Continuance was electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be set by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System

    THE PLAINTIFF,
    JONATHAN HENRY

    ___s/ct27963/_____
    Devin W. Janosov, Esq.
    Papcsy Janosov Roche, LLP
    53 East Ave.
    Norwalk, CT 06851
    P: 203.642.3888
    F: 203.642.3887
    Email: devin@myinjuryfirm.com
    Fed. Bar No.: ct27963